```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 07 B 13789
   ELIZABETH A KAYE
                                                    CHAPTER 13

                                                    JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-0041
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/01/07 .

    2.  The case was converted to Chapter 7 without confirmation, 11/16/2007.

    3.  The Debtor paid a total of $   1176.00 .

    4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INDYMAC BANK | SECURED | .00 | .00 | .00 |
| INDYMAC BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INDYMAC BANK | SECURED | .00 | .00 | .00 |
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| OCWEN LOAN SVCG | CURRENT MORTG | .00 | .00 | .00 |
| ASSET MANAGEMENT HOLDING | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| GMAC RESCAP LLC | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING | SECURED | .00 | .00 | .00 |
| COOK COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| CITIZENS BANK | SECURED VEHIC | .00 | .00 | 396.09 |
| GREAT LAKES CREDIT UNION | SECURED VEHIC | .00 | .00 | 260.84 |
| WORLD FINANCIAL NETWORK | SECURED | .00 | .00 | 70.85 |
| AFNI | UNSECURED | NOT FILED | .00 | .00 |
| BAKER MILLER MARKOFF KRA | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMERGENCY RESTORATION SE | UNSECURED | NOT FILED | .00 | .00 |
| GOLDMAN & GRANT | UNSECURED | NOT FILED | .00 | .00 |
| DUPAGE MEDICAL CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| THE MONEY MARKET | UNSECURED | NOT FILED | .00 | .00 |

          Summary of disbursements:

```
                       SECURED     PRIORITY    UNSECURED         OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED         .00          .00          .00           .00           .00
PRINCIPAL PAID          727.78          .00          .00           .00        727.78
INTEREST PAID              .00          .00          .00           .00           .00
TOTAL PAID              727.78          .00          .00           .00        727.78
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC   , was allowed $      .00 and was paid $       .00 .

The Trustee received $      34.29 .

Refunds to the Debtor totaled $    413.93 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 04/17/08                   /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE